AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

ANNETTE HALL,

      Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:08-CV-00632-RCJ-VPC**

RALEY'S,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (#15) is GRANTED.


   January 6, 2010                    **LANCE S. WILSON**
                                                                          Clerk


                                                                  /s/ P. McDonald
                                                                    Deputy Clerk